# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**MARY A. FRANK,**

      Plaintiff,

vs.                                          No. CIV 09-714 MCA/LFG

**MICHAEL J. ASTRUE,**
**Commissioner,**
**Social Security Administration,**

      Defendant.

### ORDER ADOPTING MAGISTRATE JUDGE'S ANALYSIS
### AND RECOMMENDED DISPOSITION
### AND DISMISSING ACTION WITH PREJUDICE

THIS MATTER comes before the Court on the Magistrate Judge's Analysis and Recommended Disposition [Doc. 24], filed June 18, 2010. Plaintiff did not file objections and the time for doing so has expired. The Court accepts the Analysis and Recommended Disposition.

IT IS THEREFORE ORDERED that the Analysis and Recommended Disposition of the United States Magistrate Judge is adopted by the Court, and Plaintiff's Motion to Reverse or Remand [Doc. 15] is denied.

IT IS FURTHER ORDERED that the Complaint is hereby dismissed and this action is dismissed with prejudice.

M. CHRISTINA ARMIJO
UNITED STATES DISTRICT JUDGE